December 11, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

VICKIE C. MCNULTY MYERS, Appellant

NO. 14-14-00342-CV                V.

FRANK W. BRACEWELL CHARITABLE FOUNDATION, Appellee

_____

This cause, an appeal from the judgments in favor of appellee, Frank W. Bracewell Charitable Foundation, signed December 26, 2013, and January 16, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.